IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GALE WEEDE,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv131-SPM/AK

FLORIDA DEPARTMENT OF
AGRICULTURE AND
CONSUMER SERVICES,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Report of Mediation (doc. 42), advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 2nd day of December, 2005.

                                        _s/ Stephan P. Mickle_
                                        Stephan P. Mickle
                                        United States District Judge