Gale Weede
2373 Kolmetz Road
Caryville, Florida 32427
(850)535-0042

February 3, 2006

Mr. William McCool, Clerk of Court
United States District court
111 North Adams Street
Tallahassee, Florida 32301

Ref: Gale Weede v. Florida Department of Agriculture and Consumer Services
Case No. 4:05cv131SPM/AK

Dear Mr. McCool:

I received the Closing Statement from Mr. Rick Johnson and Ms. Reino. I have enclosed the letter that I wrote to Mr. Richard Johnson and Ms. Andrea Reino concerning the Closing Statement which explains why I have not signed it and should not sign the Closing Statement.

Mr. Johnson has called me numerous times on my job and my home phone. Mr. Johnson has told me that I had no choice and there was nothing that I could do about the Settlement Agreement. I had to sign the closing statement - that he is giving me a gift of $10,000.00. He stated that the state agreed to pay him $50,000.00 to him and he is giving me a gift of $10,000.00. According to the Settlement Agreement that I signed for the state it did not say that the state was paying Mr. Johnson $50,000.00 and Mr. Johnson was giving me a gift of $10,000.00. Is it standard procedure for the state to make a settlement agreement and pay the lawyer and the lawyer give his client a gift? When I signed the Settlement Agreement, I was so upset that I would have any thing just to be able to leave. If that was the states intend, it should state it in the Settlement Agreement. I sent you the contract that I signed with Mr. Johnson in the last letter I sent you.

I want to know what my rights are? I think it is wrong for the lawyers to make money off this case and I do not even get enough out of the settlement to pay for the expense of driving back and forth to Tallahassee for dispositions, meetings with the lawyers, medical bills, time lost from work, mental stress, must less driving 49.6 miles one way to work every day, etc.. The state changed my job, moved me to Bonifay and threaten to cut me to twenty hours a week when they found out about the harassment. I did not change my job. The state did. The state did not fire the guys that were harassing me. They moved me to Bonifay and change my job. That is one of the reasons for this case.

The so-called promotion with a 10% increase in salary that the state gave me in the Settlement

SCANNED/POSTED/RETURNED IN FLND

Date 2/22/06 By JK

Agreement does not even cover the cost of gas to drive back and forth to Panama City. My new supervisor is hunting things for me to do. Which I think is a waste of tax payers' dollars. I am going through files from 1989 and organizing them. Every place that I have looked at in Panama City to rent is $800.00 and above per month. To buy a home in Panama City, ranges from $100,000.00 and up. The state or the mediator lied at the mediation and said that they were moving Mr. Owens to Pensacola and I was lucky that they were offering me a job. When I ask if they could find me something to do in Bonifay, I was told they did not have an opening in Bonifay at the Forestry. They did have a duty officer position, which I did for two season when I worked OPS for the Forestry and I applied for it. But, after this case and the good old boys' system, I probably will not get it. They are not moving Mr. Owens to Pensacola. Since December 15, 2005, I have been working in Bonifay three days a week and Panama City two a week. I have been training Mr. Owens on the computer because I had been doing all of his paper work and he did not know what to do with the computer or how to do the paper work. I will have to work in Panama City every day, starting March 2, 2006.

When I was out sick the last week of January 2006 with pneumonia and in the bed sick, Mr. Owens called me having a cow because his end of the month reports had to be done. He did not know how to do them. Those reports are Mr. Owens's job duties, not mine. Even though, I have been doing his job duties since I went to work with him and have never been compensated for doing his job duties. I do not mine doing Mr. Owens job duties. It has been the norm since I went to work for him. Mr. Owens and I have never had any problems. I enjoy working for Mr. Owens. I was very sick and it did up set me. So, I told Mr. Owens that I could hardly talk because I had lost my voice. If those reports could not wait until I came back to work that he needed to call his supervisor, Bruce Nicely and have him come train him how to do them. Then, Mr. Owens was very sorry and told me he did not realize how sick I was. I did come back to work on Monday and I did complete the reports for Mr. Owens. I have been trying to teach Mr. Owens how to do all the paper work and he has put out an effort to learn how to do the paper work. When I am moved to Panama City full time on March 2, 2006, I will bet money that Mr. Owens will get sick or his family will be sick and Mr. Owens will go out on sick leave until he can retire in two years. He has enough sick time and annual time that he can do this. Mr. Owens will not have to learn how to do the paper work or operate the computer.

I am still being harassed by Mr. Mike Page, Chief Bureau of Entomology and Mosquito Control. I was told by my supervisor Cherie Decker, before Mr. Stephen Sickerman became my supervisor, that I had to go to the staff meeting in Tallahassee which was the first week in December 2005. I did go to the meeting. Then two month later, I am being questioned. Was I even at the meeting? Why I went to the meeting all three days? I have to give a reason why I went after I was told to attend it by my supervisor and she sent me travel authorization. I checked with the other secretaries that went and they were not even questioned why they went. I was the only one questioned about being at the meeting. I was out sick the last week of January 2006, with pneumonia and gave my supervisor, Mr. Sickerman, a doctors excuse. I let Mr. Sickerman know that I would take leave without pay because I did not have but 20 or so hours of sick leave. (Due to using so much sick leave from being sick due to not having heat in the building when state made George and I move to Bonifay. I had to work in a twenty-degree temperature office and became very sick. I was hospitalized. I also miss some work being sick

from all of the stress of this case with allergy attacks.) Mr. Page did not think I was sick and told Mr. Sickerman I would have to use my annual leave. After I had already been told by Mr. Sickerman, I could take leave without pay. When I cc: Mr. Johnson and Ms. Reino the email in response to the email I received, my supervisor, Steve Sickerman called me and told not to worry about it. I did not have to use my annual time. Ms. Sanks emailed me back and said that if Mr. Page needed any more information as to why I had went to the staff meeting he would contact me. He has not contacted me. Then, I get a letter from the state telling me my personal information, social security number, bank account numbers had been compromised and I needed to keep a check on my credit report for ID theft. What can I do to stop the harassment? This is wrong. I have been an employee with the Agriculture since I moved to Florida in 1991. There has not been one thing that the state has asked me to do that I have not done. I have always had good job performance reviews and did my job to the very best of my ability. I should not continue to be harassed constantly. I just want to do my job to the best of my ability and work in a peaceful environment. I do not want to have to drive a hundred miles a day just to keep my job. Where are the laws to protect me and why are they not being enforced?

You hire a lawyer to help you and you trust them. Then, they call and harass you as much as the people you work with demanding that you sign a Closing Statement for an agreement that you were scared into signing by the mediator and lawyer to start with. Then, you have to hire a lawyer to tell you if you are responsible for taxes on $50,000.00 that the settlement agreement says the state is giving you and a 10% pay increase. This is wrong and I want to know what my rights are and who in the Florida State Court System can help me?

I appreciate you answering my questions and any help that you can give me concerning the matters above. Thank you very much for your time and help. Have a great day!

Sincerely,

*Gale Wade*

Gale Weede