Copy

**GALE WEEDE**
**2373 KOLMETZ ROAD**
**CARYVILLE, FLORIDA 32427**
**(850)535-0042**

February 3, 2006

Mr. Richard E. Johnson
Ms. Andrea L. Reino
314 West Jefferson Street
Tallahassee, Florida 32301

Re: Weede v. Florida DA&CS, Case No. 4:05cv131-SPM/AK

Dear Mr. Johnson & Ms. Reino:

    I received a letter from you stating that upon signing the closing statement you would mail me a check for $10,000.00.

    I am sorry, but I can not sign this statement. The mediator, DOACS and you come up with this agreement, not me and I feel that I was scared into thinking that I was lucky to have a job, this was a good deal, and the pictures of the sexual harassment would be public if I did not sign this agreement. So, I signed the agreement. Then, when I had time to absorb all that happen and told you that I did not agree with the deal, Mr. Johnson you told me that there was nothing that I could do about it. You said that I signed the settlement agreement on it was over and there was nothing that I could do.

    When I told you that I had talk with the Clerk of Court's Office and the Florida Bar, you were mad and threatened to get whose ever job that had advise me. I told you that they did not advise me, they just answered my questions and I would not give you there names. You were very unprofessional and very intimidating. That was not fair, if you had not went outside and had a discussion with the mediator twice during the mediation, and even you admitted in the meeting I had with you, Andrea, and Ron I would have never had a reason not to trust you or the deal you made.

    In the meeting that you, Andrea, Ron and I had you explain that in the contract that I signed with you the paragraph that stated you only got 40% did not mean anything because of the paragraph above it. You stated that I did not tell you that I was put on a year probation, I did tell you but you were so mad that I had call the Clerk of Court and the Florida Bar that you did not even hear me tell you that. But, yet in the mediation we had when I was so upset that the lady from Risk Management horse laughed at the picture of Tommy Smith and myself, I am held to a higher standard and should have understood everything that you told me at the mediation. You make one phone call and I am not longer on probation. You told me that every thing was settled and I just needed to endorse the check. When I told you in the meeting that if the state intended

to give me a promotion with a 10% pay increase, pay you $50,000.00 and you give me a gift of $10,000.00, I stated that if that was the case, then it should have been put in writing in the settlement statement. You flat told me that it was not any body's business what kind of deal you and I made. Yet, the case and everything in it is public record. I told you that I was not trying to upset you and you were very intimating. I am sorry but that is the way I feel. You told me that I probably needed mental counseling. But, not one time in the course of this whole thing did you request that the state provide mental counseling. Even though I would not need mental counseling if the state had not put me through all of this harassment and did not take one ounce of responsibility or say I am sorry.

I sent you and Andrea a copy of the email that I received from Mary Sanks harassing me about going to a meeting in December that I was instructed to go to by my supervisor, Cherie Decker, (at that time) and being out of work sick with a doctors excuse, also giving out my personal information that could be used in ID theft. Neither of you, have yet to send me a response about the continued harrassment.

Yet, you expect me to sign this agreement with you. You have called me on my job and left message on my machine telling me that I had to sign this agreement and get it back immediately. You have been very harassing yourself. If I sign this agreement, it means that I agree with it and I do not agree with it. I can not sign this agreement.

You told me that it would be to costly to give me a copy of my file. I fully understand that it takes your employees time, use of your copying machine and paper to make a copy of my file which I am sure that I could not afford, so I am requesting that you mail me my file and allow me to make a copy of it. I have a home office with a copy machine and I will make a copy and return the file to you with in 15 days. When you send me my file to copy and include the statement on the closing statement that you will be responsible for all state and federal taxes on the $40,000.00 which the state paid you, plus the taxes on the fees that I have already paid you, I will consider signing the closing statement agreement.

I have always been truthful, honest and sincere with DOACS, Mr. Chiles, you and Andrea. I have always did what ever the department has ask me to do and performed my job to the best of my abilities. I feel that there are no laws in the state of Florida that protect you from discrimination or harrassment on the job. The laws in the state of Florida are wrote to protect the state and the lawyers not the victims. If the laws were made to protect the victims I would not still be being harassed by the department. I would to thank you and Andrea for representing me.

Sincerely,

*Gale Weede*

Gale Weede