# LAW OFFICES OF
# RICHARD E. JOHNSON
**314 West Jefferson Street**
Tallahassee, Florida **32301**

Telephone 850/425-1997
Facsimile 850/561-0836

---

January 30, 2006

Ms. Gale Weede                                          **Via Certified (Return Receipt) and Regular Mail**
2373 Kolmetz Road
Caryville, Florida 32427

Re: Weede v. Florida DA&CS, Case No. 4:05cv131-SPM/AK

Dear Gale:

    Today I sent a courier to your office and then your home to obtain your signature on the settlement check. You made that endorsement, so I will today deposit the check in trust.

    On January 9, 2006, I sent you a closing statement with a printout of all costs to date. You have not signed and returned a copy. I am therefore sending another slightly updated version to reflect some new costs. You are not being charged anything additional for costs. The update is just for the record if we need to look back to see the breakdown.

    Your share is still the $10,000 agreed in mediation. Upon receipt of a signed copy of the closing statement, I will send a check for that amount to you.

    I shall look forward to receiving the signed closing statement and paying you your money. I hope you are well.

Sincerely,

Richard E. Johnson

Richard E. Johnson          Andrea L. Reino              Of Counsel:
Attorney                    Associate Attorney           Lisa C. Lambert
Richard@nettally           AReino@nettally.com

SCANNED/POSTED/RETURNED IN FLNB

Date 2/22/06  By  [initials]

LAW OFFICES OF
# RICHARD E. JOHNSON
**314 West Jefferson Street**
Tallahassee, Florida **32301**

Telephone 850/425-1997
Facsimile 850/561-0836

---

January 30, 2006

Ms. Gale Weede
2373 Kolmetz Road
Caryville, Florida 32427

Re: Weede v. Florida DA&CS, Case No. 4:05cv131-SPM/AK

Dear Gale:

    This is an update of the letter I sent you on January 9, 2006, which you have not signed and returned.

    This letter constitutes the closing statement we would have been required to provide you under the rules regulating the Florida Bar regarding attorney fees and costs, if we were charging separately for costs. We are not so charging, but I have prepared this letter anyway for both of us to use in looking back to prepare tax returns or to just have ready reference to the terms of settlement.

    The Department agreed to create a career service job for you at a 10% annual raise with probation waived. While they refused to provide you any monetary compensation on top of that, they did agree to pay me $50,000 in fees and costs. I, in turn, agreed to give you $10,000 of that amount. Accordingly, my fee will be $40,000. In accordance with our agreement, I will pay Kent Spriggs a pro rata share of that amount for the hours worked at an earlier phase of the case by his then-associate, Dan Perez.

    The costs in this case are shown in detail in the attached computer print out. They amount to $2233.50. But as I said, it does not matter anymore because that is all included in the $40,000 coming to my firm. It does not come out of your $10,000. Nor will I claim any share of the compensation for the job you obtained in the settlement.

    There will be questions about the taxability of this money. I am not a tax lawyer and can not answer that in detail. The settlement can not be treated as back pay because you were not unemployed at any point in this. Your tax professional may want to treat it as emotional distress or as a gift from me or some other way. I have no idea what is best. But it may be taxable and you should put aside some money for that and consult a tax professional. Your tax professional will want to look at the

---

| | | |
|---|---|---|
| Richard E. Johnson<br>Attorney<br>Richard@nettally | Andrea L. Reino<br>Associate Attorney<br>Andrear@nettally.com | Of Counsel:<br>Lisa C. Lambert |

2004 legislation variously called the Civil Rights Tax Relief Act and the American Jobs Protection Act. This law excluded money paid to the attorney from taxation in cases such as this.

Andrea and I were pleased to represent you. Please let me know if you have any questions about any of these matters.

Sincerely,

Richard E. Johnson

I have read this closing statement, understand it, and agree with the distribution of the money.

_____
Gale Weede

_____
Date

Richard E. Johnson Law Offices
314 West Jefferson Street
Tallahassee, FL 32301

# Statement

| DATE |
|---|
| 1/30/2006 |

| BILL TO |
|---|

Ms. Gale Weede - 4408
2373 Kolmetz Road
Caryville, FL 32427

| AMOUNT DUE |
|---|
| $2,233.50 |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 12/31/2003 | | Balance forward | | | | 0.00 |
| 10/08/2004 | Postage I/H | Due 10/31/2004. Postage Expense | 1 | 0.37 | 0.37 | 0.37 |
| 10/19/2004 | Postage I/H | Due 10/31/2004. Letter to client | 1 | 0.37 | 0.37 | 0.74 |
| 11/23/2004 | Reprod. I/H | Due 04/01/2005. To FCHR To Request Copies | 1 | 0.15 | 0.15 | 0.89 |
| 11/23/2004 | Postage I/H | Due 04/01/2005. To FCHR To Request Copies | 1 | 0.37 | 0.37 | 1.26 |
| 01/25/2005 | Reprod. I/H | Due 04/01/2005. Copy of Retainer | 9 | 0.15 | 1.35 | 2.61 |
| 03/11/2005 | Filing Fee | Due 04/01/2005. Clerk of Court | 1 | 255.00 | 255.00 | 257.61 |
| 03/11/2005 | Reprod. I/H | Due 04/01/2005. Copy of Complaint, Letter to Gail Weede, 1st Request for Admissions | 48 | 0.15 | 7.20 | 264.81 |
| 03/11/2005 | Postage I/H | Due 04/01/2005. Postage Expense | 1 | 0.37 | 0.37 | 265.18 |
| 03/23/2005 | Reprod. I/H | Due 04/01/2005. 1st Interrogatories to Defendant, Summons | 13 | 0.15 | 1.95 | 267.13 |
| 03/23/2005 | Postage I/H | Due 04/01/2005. Postage Expense | 1 | 0.83 | 0.83 | 267.96 |
| 03/30/2005 | | PMT #3450. | | | -100.74 | 167.22 |
| 04/04/2005 | Proc. Service | Due 04/30/2005. Service of Process | 1 | 20.00 | 20.00 | 187.22 |
| 04/29/2005 | Reprod. I/H | Due 04/30/2005. Miscellaneous Documents | 15 | 0.15 | 2.25 | 189.47 |
| 05/05/2005 | Reproduction | Due 05/31/2005. Cover letter to Harry Chiles(2), Order requiring expedited response to motion to compel(3) | 5 | 0.15 | 0.75 | 190.22 |
| 05/05/2005 | Reproduction | Due 05/31/2005. Cover letter to Harry Chiles(2), Plaintiff's Motion for sanctions for motion to dismiss(9) | 11 | 0.15 | 1.65 | 191.87 |
| 05/17/2005 | Reproduction | Due 05/31/2005. Notice of filing attorney time(2), attorney hours(4) | 6 | 0.15 | 0.90 | 192.77 |
| 05/26/2005 | Reproduction | Due 05/31/2005. Letter, Designations of Subject Matter, Plaintiff's Disclosure, Privilege Log | 12 | 0.15 | 1.80 | 194.57 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 123.36 | 0.00 | 13.23 | 0.00 | 2,096.91 | $2,233.50 |

Richard E. Johnson Law Offices
314 West Jefferson Street
Tallahassee, FL 32301

# Statement

| DATE |
|---|
| 1/30/2006 |

**BILL TO**

Ms. Gale Weede - 4408
2373 Kolmetz Road
Caryville, FL 32427

| AMOUNT DUE |
|---|
| $2,233.50 |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 06/08/2005 | Proc. Service | Due 07/07/2005. Process and Recovery Services | 1 | 20.00 | 20.00 | 214.57 |
| 06/10/2005 | Reproduction | Due 07/07/2005. Copies of Attorney Hours | 8 | 0.15 | 1.20 | 215.77 |
| 06/13/2005 | Reproduction | Due 07/07/2005. FCHR File, Misc. Documents | 231 | 0.15 | 34.65 | 250.42 |
| 06/14/2005 | Reproduction | Due 07/07/2005. Letter to Harry Chiles | 1 | 0.15 | 0.15 | 250.57 |
| 06/28/2005 | Reproduction | Due 07/07/2005. Letter and Documents | 75 | 0.15 | 11.25 | 261.82 |
| 06/28/2005 | Postage I/H | Due 07/07/2005. Postage Expense | 1 | 2.21 | 2.21 | 264.03 |
| 07/08/2005 | | PMT 602/reimbursement of expenses | | | -195.31 | 68.72 |
| 07/08/2005 | Freight/Post | Due 07/11/2005. FedEx Overnight to Harry Chiles | 1 | 32.68 | 32.68 | 101.40 |
| 07/12/2005 | | PMT #3507. | | | -195.31 | -93.91 |
| 07/13/2005 | Miscellaneous | Due 08/02/2005. Reconciling statement, correcting deposit error from 7/12/05 | 1 | 195.31 | 195.31 | 101.40 |
| 07/19/2005 | Reproduction | Due 08/02/2005. Attorney hours and notice of filing | 9 | 0.15 | 1.35 | 102.75 |
| 08/05/2005 | Reproduction | Due 09/02/2005. Letter of complaint filed to David MacPherson | 1 | 0.15 | 0.15 | 102.90 |
| 08/09/2005 | Reproduction | Due 09/02/2005. Action Legal Copy Service | 1 | 572.00 | 572.00 | 674.90 |
| 08/09/2005 | Reproduction | Due 09/02/2005. Action Legal Copy Service Invoice | 1 | 0.15 | 0.15 | 675.05 |
| 08/11/2005 | Reproduction | Due 09/02/2005. Notice of Filing and Attorney Time Records | 5 | 0.15 | 0.75 | 675.80 |
| 08/15/2005 | Expert Fee | Due 09/02/2005. Expert Retainer/ David MacPherson | 1 | 1,000.00 | 1,000.00 | 1,675.80 |
| 08/22/2005 | Reproduction | Due 09/02/2005. Plaintiff's Notice of Depositions to Harry Chiles | 4 | 0.15 | 0.60 | 1,676.40 |
| 08/26/2005 | Reproduction | Due 09/02/2005. Plaintiff's Amended Notice of Depositions to Harry Chiles | 3 | 0.15 | 0.45 | 1,676.85 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 123.36 | 0.00 | 13.23 | 0.00 | 2,096.91 | $2,233.50 |

Richard E. Johnson Law Offices
314 West Jefferson Street
Tallahassee, FL 32301

# Statement

DATE: 1/30/2006

BILL TO
Ms. Gale Weede - 4408
2373 Kolmetz Road
Caryville, FL 32427

AMOUNT DUE: $2,233.50

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 08/31/2005 | Reproduction | Due 09/02/2005. Letter to Harry Chiles w/ Economist Report | 46 | 0.15 | 6.90 | 1,683.75 |
| 08/31/2005 | Reprod. I/H | Due 09/02/2005. Miscellaneous Documents | 24 | 0.15 | 3.60 | 1,687.35 |
| 08/31/2005 | Postage I/H | Due 09/02/2005. Total Postage for August | 1 | 4.98 | 4.98 | 1,692.33 |
| 09/02/2005 | Reproduction | Due 10/01/2005. Corrected Amended Notice of Depositions | 3 | 0.15 | 0.45 | 1,692.78 |
| 09/07/2005 | Reproduction | Due 10/01/2005. Letter to Harry Chiles, Plaintiff's response to first interrogatories | 20 | 0.15 | 3.00 | 1,695.78 |
| 09/14/2005 | Reproduction | Due 10/01/2005. Notice of Filing, Attorney Hours | 7 | 0.15 | 1.05 | 1,696.83 |
| 09/26/2005 | Reproduction | Due 10/01/2005. Letter, Notice of deposition, Deposition preparation outline | 11 | 0.15 | 1.65 | 1,698.48 |
| 09/30/2005 | Reproduction | Due 10/01/2005. Client documents for deposition preparation, Interrogatory answers to Harry Chiles | 184 | 0.15 | 27.60 | 1,726.08 |
| 09/30/2005 | Postage I/H | Due 10/01/2005. September postage | 1 | 5.30 | 5.30 | 1,731.38 |
| 10/07/2005 | Court Reporti | Due 10/31/2005. Accurate Stenotype Reporters, Inc., Depos of Rutz & Cooper | 1 | 160.00 | 160.00 | 1,891.38 |
| 10/07/2005 | | PMT #3637. | | | -100.00 | 1,791.38 |
| 10/11/2005 | Reproduction | Due 10/31/2005. Notice of depositions for Chiles | 2 | 0.15 | 0.30 | 1,791.68 |
| 10/12/2005 | Reproduction | Due 10/31/2005. Letter to Chiles | 1 | 0.15 | 0.15 | 1,791.83 |
| 10/14/2005 | Reproduction | Due 10/31/2005. Notice of filing and attorney hours | 8 | 0.15 | 1.20 | 1,793.03 |
| 10/21/2005 | Reproduction | Due 10/31/2005. Notes for Dwinnel deposition | 4 | 0.15 | 0.60 | 1,793.63 |
| 10/21/2005 | Reprod. I/H | Due 10/31/2005. Miscellaneous Documents | 21 | 0.15 | 3.15 | 1,796.78 |
| 10/21/2005 | Postage I/H | Due 10/31/2005. Total postage for October | 1 | 1.48 | 1.48 | 1,798.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 123.36 | 0.00 | 13.23 | 0.00 | 2,096.91 | $2,233.50 |

Richard E. Johnson Law Offices
314 West Jefferson Street
Tallahassee, FL 32301

# Statement

DATE: 1/30/2006

BILL TO
Ms. Gale Weede - 4408
2373 Kolmetz Road
Caryville, FL 32427

| AMOUNT DUE |
|---|
| $2,233.50 |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 10/24/2005 | Court Reporti | Due 10/31/2005. Accurate Stenotype, Hayford and Page depositions | 1 | 120.00 | 120.00 | 1,918.26 |
| 10/31/2005 | Court Reporti | Due 10/31/2005. Accurate Stenotype, Deposition of Steven Dwinnel | 1 | 88.75 | 88.75 | 2,007.01 |
| 10/31/2005 | Court Reporti | Due 10/31/2005. Accurate Stenotype, Deposition of Gale Weede, 10/21/05 | 1 | 96.15 | 96.15 | 2,103.16 |
| 10/31/2005 | Court Reporti | Due 10/31/2005. Accurate Stenotype, Deposition of Gale Weede, 10/7/05 | 1 | 295.15 | 295.15 | 2,398.31 |
| 11/05/2005 | Reproduction | Due 12/02/2005. Deposition transcripts, letter, erratta sheets | 51 | 0.15 | 7.65 | 2,405.96 |
| 11/08/2005 | Reproduction | Due 12/02/2005. Notice of Filing and Attorney Time | 7 | 0.15 | 1.05 | 2,407.01 |
| 11/16/2005 | Reproduction | Due 12/02/2005. Notice of mediation to Chiles | 2 | 0.15 | 0.30 | 2,407.31 |
| 11/16/2005 | Reprod. I/H | Due 12/02/2005. Miscellaneous Documents | 7 | 0.15 | 1.05 | 2,408.36 |
| 11/16/2005 | Postage I/H | Due 12/02/2005. Total postage for November | 1 | 3.18 | 3.18 | 2,411.54 |
| 12/09/2005 | | PMT #3572. Payment from July, 2005 | | | -101.40 | 2,310.14 |
| 12/09/2005 | | PMT #3707. | | | -200.00 | 2,110.14 |
| 01/30/2006 | Proc. Service | Due 01/30/2006. Samuel Hagaman, Runner with settlement check to be signed by client | 1 | 123.36 | 123.36 | 2,233.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 123.36 | 0.00 | 13.23 | 0.00 | 2,096.91 | $2,233.50 |