IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GALE WEEDE,

      Plaintiff,

vs.                                  CASE NO.: 4:05cv131-SPM

FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER
AFFAIRS,

      Defendant.
_____/

## ORDER APPROVING CLOSING STATEMENT

      This cause comes before the Court for consideration of the Motion for Approval of Closing Statement (doc. 47) filed by attorney Richard Johnson.  A review of the statement (doc. 45-3) reveals no unreasonable charges.  In any event, all costs are included in the $40,000 in attorney fees that attorney Richard Johnson has agreed to take and that Plaintiff has agreed to pay in conjunction with the settlement.

      Plaintiff has since requested a complete copy of her file.  As explained by her attorney, Plaintiff may receive a copy by making arrangements with her attorney and a commercial copy service.  Plaintiff must pay the copying costs, and can do so by agreeing to have the cost deducted from her share of the

settlement.  Accordingly, it is

      ORDERED AND ADJUDGED that  the Motion for Approval of Closing Statement is granted.  Upon the making of satisfactory arrangements through a commercial copying service for copying and payment, Plaintiff may receive a copy of her file from her attorney.

      DONE AND ORDERED this 22nd day of March, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge